Richard J. Massa, SB#44292
MASSA & ASSOCIATES
101 South Main Street, Ste. A
Lakeport, CA   95453

(707) 262-0230
FAX 707-262-1028

Attorneys for Plaintiffs Louetta Mallard & Bruce Wells

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUETTTA MALLARD, Individually, and BRUCE WELLS, A Minor, By And Through His *Guardin ad Litem,* LOUETTTA MALLARD,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>CITY OF CLEARLAKE, CALIFORNIA, ROBERT MCDONALD and DOES I through XXX, inclusive,<br><br>　　　　Defendants. | CASE # **C 04 1246 MMC**<br><br>ORDER APPROVING<br><br>PETITION FOR APPROVAL OF MINOR'S COMPROMISE |

　　　Comes now LOUETTA MALLARD, hereinafter "Petitioner," and declares, under penalty of perjury, as follows::

　　　1.　　Petitioner is the mother and guardian *ad litem* of BRUCE WELLS, a minor child, and responsible for the care and custody of said minor, born on June 21, 1988.

2.    BRUCE WELLS is one of the plaintiffs in the above-titled civil rights action which alleges, generally, that on April 15, 2003, defendants violated plaintiffs' 4th Amendment civil rights by unlawfully shooting and wounding the family dog, DOSHA.

3.    As a result of said civil rights violation, BRUCE WELLS sustained emotional distress from which he has fully recovered.

4.    PROPOSED MINOR'S COMPROMISE: Defendants have offered the sum of $10,000 as and for a final compromise and settlement of the claim of BRUCE WELLS, a minor, in this matter. Petitioner has agreed to this compromise and requests that it be approved by the Court. Petitioner, upon the advice of counsel, believes that the proposed minor's compromise, if approved, will be in the best interest of all parties hereto, including the minor, BRUCE WELLS. Defendants have also offered to settle the individual claim of Petitioner for the sum of $14,000, and she has agreed to be responsible for and pay BRUCE WELLS' share of the costs of prosecution of this matter.

5.    <u>Attorney's Fees:</u> The law offices of Richard J. Massa have spent time and effort undertaking an investigation, conducting factual and legal research, preparing pleadings, attending court, obtaining records, attending depositions, and persuasively negotiating the settlement. Petitioner therefore requests that Richard J. Massa be allowed as attorney's fee of $2,500, i. e., 25% of the proposed compromise and settlement of $10,000 for the claim of BRUCE WELLS..

6.    <u>MINOR'S NET PORTION</u>: The minor's portion of the gross settlement of $10,000, after deduction of attorney's fees of $2,500--to wit, $7,500--is to be placed in an interest-bearing trust account at Lake Community Bank, 805 11th Street, Lakeport, California, 95453, an FDIC insured institution, for the benefit of BRUCE WELLS, subject to withdrawal only upon presentation of proof of identity and attainment of majority by BRUCE WELLS or further order of court..

WHEREFORE , Petitioner prays for an Order as follows:

1.    Approving the Proposed Minor's Compromise and directing payment of the sum of $2,500 as and for attorney's fees to attorney Richard J. Massa. for legal services rendered on behalf of BRUCE WELLS..

2.  Directing that the minor's portion of the gross settlement of $10,000, after deduction of attorney's fees of $2,500--to wit, $7,500--is to be placed in an interest-bearing trust account at Lake Community Bank, 805 11th Street, Lakeport, California, 95453, an FDIC insured institution, for the benefit of BRUCE WELLS, subject to withdrawal only upon presentation of proof of identity and attainment of majority by BRUCE WELLS or further order of court.

I, Louetta Mallard, declare under penalty of perjury and the laws of the state of 'California, that the foregoing is true and correct.

Dated:  July 7, 2005                              /s/
                                         Louetta Mallard, Guardian *Ad Litem* for
Approved:           /s/                   Bruce Wells
          Richard J. Massa, Esq.

**ORDER**

**Good cause appearing, it is hereby ordered that:**

**1.  The above proposed minor's compromise of $10,000 and attorneys fee of $2,500 (25%) to Richard Massa, attorney for Bruce Wells, are approved .**

**2.  The minor's portion of the gross settlement of $10,000, after deduction of attorney's fees of $2,500--to wit, $7,500--is to be placed in an interest-bearing trust account at Lake Community Bank, 805 11th Street, Lakeport, California, 95453, an FDIC insured institution, for the benefit of BRUCE WELLS, subject to withdrawal only (1) upon presentation of proof of identity and attainment of majority by BRUCE WELLS or (2) further order of court.**

**Dated: July  11    , 2005.**                              /s/ Maxine M. Chesney
                                                      **Maxine M. Chesney**
                                                      **United states District Judge**